

**Marguerite DeSelms**
**984 W 3rd St**
**San Pedro, CA 90731**
**310-427-1008**
**Plaintiff In Pro Per**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

▸ **CV13 - 2736** DSF (PJWX)
CASE #

| | |
|---|---|
| MARGUERITE DESELMS<br>    Plaintiff | ) COMPLAINT FOR: |
| | ) |
| vs | ) Action for Damages brought from |
| | ) Defendant: violations of the |
| NATIONAL CREDIT SOLUTIONS, | ) FTCPA,  FDCPA, AND RFDCPA |
|    LLC | ) |
|    Defendant | ) JURY TRIAL DEMANDED |
| | ) |

## I.    JURISDICTION

1. Jurisdiction of this Court arises under 15 U.S.C. §1681p, 47 U.S.C.

§227(b)(3), 15 U.S.C. §1692k(d), Rosenthal Fair Debt Collection Practices

Act (RFDCPA), and supplemental jurisdiction exists for the state law claims

pursuant to 28 U.S.C. §1367.

//

PAID

APR 18 2013

Clerk, US District Court
COURT 4612

CASE - 5336

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. §1391b.  Venue in this District is proper

in that the Plaintiff resides here, the Defendants transact business here and

are not registered to do business in California, and the conduct complained

of occurred here. This is an action for damages which total at least $32,000.

## III. PARTIES

3.   Plaintiff, Marguerite DeSelms, ("Plaintiff") is a natural person and is a

resident of the State of California, Los Angeles County.  Plaintiff is a

consumer as defined by the FDCPA, 15 U.S.C. §1692a(3)

4.   Defendant, National Credit Solutions, LLC("Defendant") is an entity who at

all relevant times was engaged, by use of the mails and telephone, in the

business of attempting to collect a "debt" from Plaintiff, as defined by 15

U.S.C. §1692a(5).  Upon information and belief  Defendant,  National Credit

Solutions, LLC("Defendant") is a foreign corporation, not authorized to do

business in California, and located at 3680 East I-240 Service Rd, Oklahoma

City, OK 73135.  Defendant is a "debt collector" as defined by 15 U.S.C. §

1692a(6).

//

//

//

# IV. STATEMENT OF FACTS

5.  Plaintiff, Marguerite DeSelms, individually, hereby sues, Defendant(s) National Credit Solutions, LLC, as an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii); for violations of Fair Debt Collection Practices Act under 15 USC, §1692 *et seq* (hereinafter "FDCPA"); and for violations of Rosenthal Fair Debt Collection Practices Act §1788 (hereinafter "RFDCPA").

6.  Plaintiff contends that the collection company Defendant has violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

7.  From August 17, 2011 through May 16, 2012, Defendant left recorded messages using automatic telephone dialing system on Plaintiff's cell phone, and called cell phone and another land phone of family member by dialing and hanging up and leaving messages.

Calls to cell phone:

a. August 17, 2011, 12:26 p.m.

b. August 23, 2011, 12:37 p.m.

c. September 15, 2011, 12:27 p.m.

d. September 27, 2011, 6:19 p.m.

e. October 18, 2011 9:09 a.m.

f. May 16, 2012 2:25 p.m.

g. May 19, 2012

h. May 23, 2012 6:13 p.m.

i. June 6, 2012 8:28 a.m.

Calls to landline of family member (phone 323-750-1998):

a.September 27, 2011, 1:25 p.m.

b. September 27, 2011 6:17 p.m.

c. October 18, 2011, 9:07 a.m.

d. October 24, 2011, 1:33 p.m.

e. October 27, 2011, 4:54 p.m.

f. Thursday (no date given on answering machine) 9:30 a.m.

g. Thursday (no date given on answering machine) 4:54 p.m.

h. Tuesday, (no date given on answering machine) 10:30 a.m.

i. December 7, 2011, 11:42 a.m.

j. December 21, 2011, 6:52 p.m.

k. March 15, 2012, 5:01 p.m.

8.   From August 17, 2011 through May 19, 2012, Defendant called Plaintiff's cell phone 9 times with no prior permission given by Plaintiff.

9.   Defendant left recorded messages on family member's home answering machine  without express permission.

10.   Plaintiff has retained  recorded calls in MP3 files and a scanned copy of call coming in on cell phone.

11. Plaintiff mailed a validation letter,  dated November 1, 2011,   via certified mail (7011-1570-0000-6458-6133) , asking to validate the alleged debt they claimed Plaintiff owed them.

12.    Plaintiff never received proper, valid, validation of the debt from Defendant.

13.   Plaintiff  did not receive a collection letter within 5 days of the first phone call (violating FDCPA, 15 USC 1692g).

14. Plaintiff received acknowledgement of debt validation letter from Defendant dated November 8, 2011, saying,  "we are providing you with a contract verifying the 'correctness and validity,' of this account."  This promised contract was never received by the Defendant and was not included with said letter.

15. On December 20, 2012, Plaintiff mailed a letter of Notice of Pending Lawsuit via certified mail (7012 1010 0000 7000 5422) which was refused by

Defendant and returned to Plaintiff unopened, letter and returned mail which is attached as Exhibit A.

16. Defendant indicated by returning letter unopened that it was not interested in discussing or resolving matter with Plaintiff;  whereby Plaintiff thus decided to move forward in filing a federal complaint against the Defendant for violations of FDCPA, RFDCPA, and TCPA.

## V. CAUSES OF ACTION

## (FIRST CAUSE OF ACTION)

## (VIOLATIONS OF THE TELEPHONE  COMMUNICATIONS ACT

## 47 U.S.C. §227 )

## (As against Defendant(s) National Credit Solutions, LLC

17.  Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

18. Defendant  has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular telephone service.

19. Defendant has committed 9 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

20.  Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A).  The last 9 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional.

21.  Defendant  has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given Defendant permission to call Plaintiff's cell phone.  Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and Defendant do not have an established business relationship within the meaning of 47 U.S.C. §227.

22.  Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(B) by calling a family member's residential telephone line  11 times using an artificial or prerecorded voice to deliver a message without the prior express consent of  Plaintiff nor Plaintiff's family member. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and Defendant do not have an established business relationship within the meaning of 47 U.S.C. §227.

//

//

//

## (SECOND CAUSE OF ACTION)

## (VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

## (FDCPA) 15 U.S.C. §1692 )

### (As against Defendant(s) National Credit Solutions, LLC)

23. Plaintiff alleges and incorporates the information in paragraphs 1 through 22.

24. Defendants Contacted Third Party (family member), violating §1692 b(3)

   more than once, without permission of Plaintiff or family member.

25. Defendants communicated the existence of a debt with someone other than

   Plaintiff by calling and leaving messages saying they were a debt collector

   on family member's residential phone, violating §1692 c(B)

26. Defendants caused the phone to ring repeatedly, violating §1692d(5)

27. Defendants placed telephone calls by hanging up, without disclosing their true

   identity and left messages, violating §1692d(6.)

28. Defendants engaged in false or misleading representations in communications

   or means in connection with the debt collection, violating §1692e.

29. Defendants violated §1692e (10) by the use of any false representation or

   deceptive means to collect or attempt to collect any debt or to obtain

   information concerning a consumer.

30. Defendants violated §1692f(1) by attempting to collect any amount not

   authorized by the agreement creating the debt or permitted by law.

31.  Defendants violated §1692g : Failure to send the consumer a 30-day validation notice within five days of the initial communication.

32.  Defendants violated §1692g (B) by continuing collection efforts without validating the alleged debt, by  continuing to call Plaintiff's cell phone and family member's residential phone line up until June 6,  2012.   Plaintiff mailed Debt Validation letter November 1, 2011 via certified mail #7011-1570-0000-6458-6133.

## (THIRD CAUSE OF ACTION)

## VIOLATION OF Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA)

## (As against Defendant(s) National Credit Solutions, LLC)

33. Plaintiff alleges and incorporates the information in paragraphs 1 through 32.

34. Plaintiff is a consumer within the meaning that is defined by *Cal. Civ. Code § 1788.2(h )*

35. Defendants are debt collectors within the meaning of §1788.2(c)

36. Defendants violated §1788.11(b) by placing telephone calls and hanging up, without disclosing the agency that they represent.

37. Defendants violated §1788.11(d)  causing the telephone to ring repeatedly and continuously so as to annoy the Plaintiff.

38. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances.

39. Defendant violated *§1788.12 (b)* by communicating information regarding a consumer debt to any member of the debtor's family by leaving prerecorded messages.

40. Defendant violated *§1788.13(i)* by falsely representing the true nature of the business of the defendant by leaving messages on the Plaintiff's cell phone voice message system that were vague and misleading.

41. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §1692 et seq.*

    i. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    ii. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

//

//

## VI. REQUEST FOR RELIEF

**WHEREFORE,** the Plaintiff requests :

42.  Judgment for damages against Defendant, for actual or statutory damages and

punitive damages, plus fees and costs, pursuant to 15 USC 1692k(2);

Telephone Consumer Collection Practices Act: 47 USC Sec. 227 (f) (1);

the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code*

*§1788.30(b) and §1788.30 (c)*, and Costs pursuant to the Rosenthal Fair

Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*; and any other

relief that this Honorable Court deems appropriate.


## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.


Respectfully submitted this _____18th_of April, 2013.

Marguerite DeSelms
Plaintiff In Pro Per
984 W 3rd St
San Pedro, California 90731
310-427-1008
mdeselms@wt.net

# EXHIBIT A



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV13- 2736 DSF (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br><br>*MARGUERITE DESELMS* | **DEFENDANTS**<br><br>*NATIONAL CREDIT SOLUTIONS LLC*<br>*3680 EAST I-240 SERVICE RD*<br>*OKLAHOMA CITY, OK 73135* |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>*984 W. 3rd St., San Pedro, CA*<br>*310-427-1008            90731* | **Attorneys** (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** *32,000*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
*47 USC Sec 227(b)(1), Sec 227(a)(iii) ; 15 USC Sec 1692 ; Rosenthal FDCPA*
*$1788*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/ | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 340 Marine | | Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | | ☐ 345 Marine Product Liability | BANKRUPTCY<br>☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | | ☐ 350 Motor Vehicle | | | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY<br>☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting<br>☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent<br>☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land | | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | OKLAHOMA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 4-18-13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:

## FOR OFFICE USE ONLY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE DESELMS<br><br>PLAINTIFF(S)<br><br>v.<br><br>NATIONAL CREDIT SOLUTIONS LLC<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13- 2736** DSF (PJWx)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

## FOR OFFICE USE ONLY

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _MARGUERITE DESELMS_, whose address is ___984 W. 3rd St, San Pedro, CA 90731___.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __4- 18- 13__

By: _____
CHRIS SAWYER
Deputy Clerk

(Seal of the Court)

_[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)]._

## FOR OFFICE USE ONLY

---

CV-01A (10/11)                                    **SUMMONS**