JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGUERITE DeSELMS, | ) | Case No. CV 13-2736 DSF (PJWx) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| NATIONAL CREDIT SOLUTIONS, LLC. | ) | |
| Defendants. | ) | |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: December 16, 2013

_____
DALE S. FISCHER
United States District Judge